United States District Court
Southern District of Texas

**ENTERED**

October 22, 2018
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| SEBASTIAN BRADFORD, Individually and On Behalf of All Similarly Situated Persons, §§§§§ Plaintiff, | |
| v. | Civil Action No. 4:17-cv-0907 |
| INTERIOR MAGIC OF TEXAS, INC. and JONATHAN C. ROBERTS, §§§§§§ Defendants. | |

**ORDER OF DISMISSAL**

Before the Court is the parties' stipulation of dismissal with prejudice.

The Court, accordingly, hereby DISMISSES this case WITH PREJUDICE.

Each party shall bear their own fees and costs.

It is SO ORDERED.

Signed in Houston, Texas on ___Oct 22, 2018___

THE HON. VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE